## Sipe's Estate (No. 2).

OPINION BY RICE, P. J., March 12, 1906:

The questions raised upon these several appeals are precisely the same as those considered in the appeal of George B. Sipe, ante, p. 145. For the reasons there given the decree is affirmed and the appeals dismissed at the costs of the several appellants therein.